```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 14392
   DARRICK S EUBANKS
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8076

-------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 08/09/2007 and was not confirmed.

     The case was dismissed without confirmation 12/12/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID           PAID
-------------------------------------------------------------------------------
ILLINOIS TITLE LOANS       SECURED NOT I     NOT FILED            .00            .00
IL DEPT OF HEALTHCARE &    DSO ARREARS        20835.84            .00            .00
ANICA WILLIAMS             NOTICE ONLY       NOT FILED            .00            .00
CAVALRY PORTFOLIO SERVIC   UNSECURED         NOT FILED            .00            .00
CHECK RECOVERY SYSTEMS     UNSECURED         NOT FILED            .00            .00
CITY OF CHICAGO PARKING    UNSECURED         NOT FILED            .00            .00
FFCC-COLUMBUS INC          UNSECURED         NOT FILED            .00            .00
GE CONSUMER FINANCE        UNSECURED          3163.47             .00            .00
H&F LAW                    UNSECURED         NOT FILED            .00            .00
ICS INC                    UNSECURED         NOT FILED            .00            .00
KCA FINANCIAL SERVICES     UNSECURED         NOT FILED            .00            .00
KCA FINANCIAL SERVICES     UNSECURED         NOT FILED            .00            .00
KCA FINANCIAL SERVICES     UNSECURED         NOT FILED            .00            .00
KCA FINANCIAL SERVICES     UNSECURED         NOT FILED            .00            .00
KCA FINANCIAL SERVICES     UNSECURED         NOT FILED            .00            .00
AT&T WIRELESS              UNSECURED           403.78             .00            .00
PEOPLES GAS & LIGHT        UNSECURED          2053.46             .00            .00
DAKOTA STATE BANK          UNSECURED           293.72             .00            .00
ASSET ACCEPTANCE LLC       UNSECURED           272.63             .00            .00
VATIV RECOVERY SOLUTIONS   UNSECURED          1196.04             .00            .00
RESURGENT CAPITAL SERVIC   UNSECURED           983.48             .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,329.50                         129.17
TOM VAUGHN                 TRUSTEE                                               8.83
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                138.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    129.17

               PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 14392 DARRICK S EUBANKS
```

```
TRUSTEE COMPENSATION                                                    8.83
DEBTOR REFUND                                                            .00
                                         ----------------    ----------------
TOTALS                                             138.00              138.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/26/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE